Samantha H. Evans (SE0898)
Bowles Crow Lutzer & Newman LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F:866.844.8305
sam@bowlescrow.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
OF NEW JERSEY**

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-7, <br><br> Defendants. | **Civil Action No.:** 2:11-cv-01478 (FSH)(PS) <br><br> **NOTICE OF MOTION** |

Notice is given that on July 23, 2011 in Courtroom No. PO 01, United States Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101, before the Hon. Faith S. Hochberg, at 9:30 a.m. of that day or as soon thereafter as counsel can be heard, that Plaintiff Patrick Collins, Inc. will move the Court pursuant to Fed. R. Civ. P. 37 for an order compelling Cablevision Systems Corporation to produce documents in response to a Subpoena *Duces Tecum*, dated June 6, 2011, and for additional time to serve the original John Doe defendants pursuant to Fed. R. Civ. P. 4(m).

The motion will be made on the grounds that Cablevsion has refused to produce the subpoenaed documents and the order compelling production and extending the time to serve is

1

necessary to obtain the true identities of its John Doe Defendants and timely serve them with the Summons and Complaint.

Dated: June 25, 2011

                                              Respectfully submitted,

                                              _s/ Samantha H. Evans_
                                              Samantha H. Evans (SE0898)
                                              Bowles Crow Lutzer & Newman LLP
                                              54 W. 21st Street, Suite 1007
                                              New York, NY 10010
                                              T: 646.374.0351
                                              F:866.844.8305
                                              sam@bowlescrow.com
                                              *Attorneys for Plaintiff*