UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PATRICK COLLINS | : | |
| Plaintiff | : | Civil Action Nos.  11-1470(FSH) |
| | | 11-1478(FSH) |
| v. | : | 11-1485(FSH) |
| | | 11-1513(FSH) |
| JOHN DOES 1-13, | : | 11-1517(FSH) |
| Defendant | : | |

ORDER

This matter having come before the Court by way of motion to compel Cablevision to produce information in response to a subpoena served upon it and for an extension of time for the plaintiff to serve the defendants with the Complaint;

and the Court having conducted a telephone hearing on the record on June 30, 2011;

and it appearing that Cablevision will accept the subpoenas if they are "so ordered" by the Court;

and for the reasons discussed on the record on June 30, 2011;

and for good cause shown,

IT IS ON THIS 30th day of June, 2011

ORDERED that the motions[1] to compel Cablevision to produce information in response to a subpoena served upon it and for an extension of time for the plaintiff to serve the defendants with the Complaint are terminated;

IT IS FURTHER ORDERED that Cablevision need not respond to the motions referred

---

[1] Civ. No. 11-1470, ECF No. 9, Civ. No. 11-1478, ECF Nos. 10 & 11, Civ. No. 11-1485, ECF No. 10; Civ. No. 11-1513, ECF No. 9 & 10, Civ. No. 11-1517, ECF No. 10.

to herein or the subpoena that plaintiff had served;

 IT IS FURTHER ORDERED that plaintiff shall present new subpoenas to the Court for its review and endorsement and, if they are endorsed "so ordered", the subpoenas shall be served upon Cablevision;

 IT IS FURTHER ORDERED that the plaintiff shall submit to the CHAMBERS of the Undersigned a courtesy copy of each letter and a proposed order for each case in which it seeks an extension of the deadline to serve the Complaint;

 IT IS FURTHER ORDERED that any further discovery relief shall be brought to the Court's attention via letter and not motion; and

 IT IS FURTHER ORDERED that the plaintiff shall serve a copy of this Order upon Cablevision.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**