Samantha Lutzer (SE0898)
Bowles Crow Newman & Lutzer LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F: 866.844.8305
sam@bowlescohn.com
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## OF NEW JERSEY

| | |
|---|---|
| PATRICK COLLINS, INC.,<br><br>                                Plaintiff,<br><br>v.<br><br>JOHN DOES 1-7,<br><br>                                Defendants. | Civil Action No.: 2:11-cv-01478 (FSH)(PS) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF DOE 3 ONLY

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses without prejudice Doe Defendant 3 who was assigned the IP Address 69.115.218.132. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

9/21/11

SO ORDERED:

/s/ Hon. Faith S. Hochberg, USDJ

Respectfully submitted,

s/ Samantha Lutzer
Samantha Lutzer (SE0898)
Bowles Crow Newman & Lutzer LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F: 866.844.8305
sam@bowlescohn.com
*Attorneys for Plaintiff*